

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,393-03 & 90,393-04

### EX PARTE AARON LUCAS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 13F0422-005-B & 14F0217-005-B IN THE 5TH DISTRICT COURT
### FROM BOWIE COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault and aggravated kidnapping and sentenced to two terms of life imprisonment. The Twelfth Court of Appeals affirmed his convictions. *Lucas v. State*, Nos. 06-17-00095-CR & 06-17-00096-CR (Tex. App.—Texarkana Apr. 2, 2018) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In five grounds, Applicant contends that the trial court erred, the evidence is insufficient, and trial and appellate counsel were ineffective. On January 29, 2020, we dismissed these applications. *See* TEX. R. APP. P. 72.1(f). We now reconsider those dismissals on our own motion and deny relief.

Filed: February 24, 2021
Do not publish